**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL TERRANI,<br><br>      Plaintiff(s),<br><br>v.<br><br>ZYNEX MEDICAL, INC.,<br><br>      Defendant(s). | Case No. 2:24-cv-00567-RFB-NJK<br><br>**Order**<br><br>[Docket No. 14] |

Pending before the Court is Defendant's notice of intent to serve subpoenas duces tecum. Docket No. 14. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: September 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1